LAW LIBRARY

NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

NO. 29730

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
BENJAMIN GRANT O'DONNELL, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
KANEOHE DIVISION
(CASE NO. 1P407-00068; HPD NO. 07014236)

ORDER OF CORRECTION
(By: Nakamura, J., for the court[1])

The Summary Disposition Order of the court, filed on December 29, 2009, is hereby corrected as follows:

1. On page 4, in line 16 from the top of the page, the word "indicted" should be replaced with "indicated" so that as corrected, the text reads as follows: "indicated that no more continuances would be granted."

The clerk of the court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, January 20, 2010.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, and Leonard, J. Former Associate Judge Corinne K.A. Watanabe, who was a member of the panel on this appeal, retired from her judgeship effective December 31, 2009.